GEORGE DERR, Appellant, *v.* PATRICK H. KEARNEY, Respondent.

*Derr* v. *Kearney,* 110 App. Div. 889, affirmed.
(Argued November 21, 1907; decided December 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to foreclose a mechanic's lien.

*John Mulholland* for appellant.

*Joseph Fettretch* and *R. B. Kelly* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.